**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00397-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MICHAEL BROWER,

      Defendant.

---

## MINUTE ORDER[1]

---

      On September 15, 2010, the court conducted a telephonic setting conference to set the change of plea hearing in this matter.  After conferring with counsel and with their consent

      **IT IS ORDERED** as follows:

      1.   That on **December 10, 2010**, commencing 8:00 a.m., the court shall conduct a change of plea hearing in this matter; and

      2.  That counsel and defendant shall appear without further notice or order of court.

      Dated:  September 15, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.